**Chase Carmen HUNTER,**
**Plaintiff–Appellant,**

v.

**Paul W. HIGGS, individually and in his official capacity as Sheriff of the City of Fredericksburg, Virginia; William Reyes, III, individually and in his official capacity as a Deputy for the City of Fredericksburg Sheriff and in his official capacity as a paid worker for the City of Fredericksburg; City of Fredericksburg, Virginia; Nicholas Talbert, individually and in his official capacity as an employee for the City of Fredericksburg Sheriff and in his official capacity as a paid worker for the City of Fredericksburg, Defendants–Appellees.**

No. 12–2046.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 26, 2012.

Decided: Jan. 7, 2013.

Chase Carmen Hunter, Appellant Pro Se. Grant Edward Kronenberg, Morris & Morris, Richmond, Virginia; Medford Jennings Brown, IV, Jennifer Lee Parrish, Parrish, Houck & Snead, PLC, Fredericksburg, Virginia, for Appellees.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

216

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter appeals the district court's order denying her motion to appoint counsel. Our review of the record reveals that we previously considered Hunter's arguments and affirmed the district court's order. *Hunter v. Higgs,* 479 Fed.Appx. 470 (4th Cir.2012) (No. 12–1971). Accordingly, we deny leave to proceed in forma pauperis and dismiss this appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*